Cecil Wood, d/b/a Wood Electric Company, Appellee, v. Ward Vanderpool, and Lee M. Vanderpool, Appellants.

**Gen. No. 10,911. (Abstract of Decision.)**

Second District.

May 3, 1956.

Rehearing denied May 28, 1956.

Released for publication May 29, 1956.

Hyer, Gill & Brown, for defendants-appellants; Berry & Simmons, for appellee. Opinion by JUSTICE EOVALDI. Not to be published in full.